NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DE LA TORRE,<br><br>  Plaintiff,<br><br>  v.<br><br>OCCIDENTAL COLLEGE, a California nonprofit corporation; and DOES 1 through X, inclusive,<br><br>  Defendant(s). | Case No. 2:24-cv-09744-MRA (PD)<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[ECF NO. 12] |

On November 22, 2024, the Parties filed a Joint Motion and Stipulation for Extension of Time for Defendant to Respond to Plaintiff's Complaint. The Parties stipulated to an extension of Defendant Occidental College's responsive pleading deadline from December 2, 2024, to December 23, 2024.

The Court, having considered the Parties' Joint Motion and Stipulation, and finding good cause therefor, hereby **GRANTS** the Joint Motion and Stipulation and **ORDERS** as follows:

Defendant Occidental's deadline to file a responsive pleading is extended from December 2, 2024, to December 23, 2024. However, the Court orders the parties to file a Notice of Settlement prior to December 23, 2024, if the settlement described in the Joint Motion and Stipulation (ECF 12 at 2) is finalized before then.

**IT IS SO ORDERED.**

Dated: November 25, 2024

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE