WILLIAM M. CROSBY (SBN: 49357)
13522 Newport Avenue, Suite 201
Tustin, CA 92780
Telephone: (714) 544-2493
Email: wcrosby@wcrosbylaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DE LA TORRE,<br><br>Plaintiff(s),<br>v.<br><br>OCCIDENTAL COLLEGE, a California nonprofit corporation; DOES I through X, inclusive,<br><br>Defendant(s). | CASE NUMBER<br>2:24-cv-9744 MRA (PDx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

December 4, 2024
Date

*[Signature]*
Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I, the undersigned, am employed in the aforesaid county; I am over the age of 18 years and not a party to the above-entitled action; my business address is 13522 Newport Avenue, Suite 201, Tustin, CA 92780-3707.

On December 4, 2024, I served the foregoing document described as NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Jon McNutt, Esq.
Sarah Hamill, Esq.
HUSCH BLACKWELL
355 South Grand Street
Suite 2850
Los Angeles, CA 90071

__XXX__   BY MAIL
   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Tustin, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

__XXX__   BY E-MAIL
   Via e-mail, I caused the above-referenced document to be transmitted to the above-named addressees at their following respective e-mail addresses: jon.mcnutt@huschblackwell.com and sarah.hamill@huschblackwell.com.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 4, 2024, at Tustin, California.

_____
JENIFER MOODY