# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DE LA TORRE,<br><br>                Plaintiff,<br><br>    v.<br><br>OCCIDENTAL COLLEGE, a California nonprofit corporation; and DOES 1 through X, inclusive,<br><br>                Defendant(s). | Case No. 2:24-cv-09744-MRA (PD)<br><br>**ORDER REMANDING CASE** |

On December 4, 2024, Plaintiff Jason De La Torre filed a Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a), dismissing this case in its entirety with prejudice. On January 21, 2025, the Parties jointly requested an order from this Court officially remanding and closing this case in order to effectuate the closure of the related State Court action, while maintaining the closure of the Federal Court action.

Good cause appearing, the Court **GRANTS** the Parties' request.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

This case is hereby **REMANDED** to the Superior Court of California County of Los Angeles for further proceedings.

The Clerk of the Court is hereby ordered to enter this Order, send a certified copy to the Superior Court of California County of Los Angeles, and **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: January 21, 2025

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE